THE STATE EX REL. CLEMONS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Clemons v. Indus. Comm.* (1998), 83 Ohio St.3d 348.]

(No. 97–1323—Submitted August 19, 1998—Decided October 14, 1998.)

*Hochman & Roach Co., L.P.A.,* and *Carla J. Lauer,* for appellant.

*Betty D. Montgomery*, Attorney General, and *William D. Haders*, Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

LUNDBERG STRATTON, J., dissenting. I would reverse the judgment of the court of appeals and issue a limited writ to return the cause to the Industrial Commission for further consideration consistent with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.